UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE PAZUNIAK, et al.,<br><br>Defendants. | Case No. 14-cv-05051-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 31, 37, 46, 75, 81 |

Before the Court are several motions filed by Defendant George Pazuniak, as well as a motion to dismiss filed by Defendant O'Kelly, Ernst, and Bielli, LLC. ECF Nos. 31, 37, 75, and 81.[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for March 19, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: March 10, 2015

_____
JON S. TIGAR
United States District Judge

---

[1] Defendant O'Kelly, Ernst, and Bielli, LLC filed a motion to dismiss at ECF No. 46, then subsequently filed an amended motion to dismiss at ECF No. 75.